| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | Loren G. Stewart |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | Telephone: (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant ABLETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0749 MMC / MAG |
| | ) | |
| Plaintiff, | ) | **STIPULATION & [PROPOSED] ORDER CONTINUING DETENTION AND IDENTIFICATION OF COUNSEL HEARING** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER BRYAN ABLETT, | ) | **Current Hearing Date: August 3, 2009** |
| | ) | Time:       9:30 A.M. |
| Defendant. | ) | Judge:      Hon. Maria-Elena James |
| | ) | |
| | ) | **Proposed Hearing Date: August 12, 2009** |
| | ) | Time:       9:30 A.M. |
| | ) | Judge:      Hon. Maria-Elena James |

The above-captioned case is currently on calendar for a hearing before Magistrate Judge Maria-Elena James on August 3, 2009, at 9:30 A.M. The hearing is to address detention issues and any issues relating to identification of counsel.

Undersigned counsel for Mr. Ablett informed Magistrate Judge Chen at the arraignment on July 29, 2009, that it was possible that he and his office would not be able to take the appointment on this case. The Court appointed undersigned counsel for Mr. Ablett provisionally, pending resolution of the appointment. Since then, it has been determined that outside Criminal

STIP & [PROPOSED] ORDER RE HEARING
DATE, 09-0749 MMC / MAG                                 1

1  Justice Act (CJA) counsel Richard B. Mazer—who has "learned counsel" qualifications for this
2  murder case—will accept the appointment. However, Mr. Mazer will be out of town until
3  August 10, 2009. Accordingly, the parties jointly propose that the hearing for identification of
4  counsel and detention issues be continued until August 12, 2009 at 9:30 A.M. Mr. Ablett also
5  has his initial appearance before the district court on August 12, 2009, at 2:30 P.M.
6      Counsel believes that this continuance is appropriate and for good cause within the
7  meaning of 18 U.S.C. § 3142(f). Under section 3142(f), a defendant's request for a continuance
8  may not exceed five court days except on showing of good cause. Here, a change in counsel is
9  imminent, and learned defense counsel for this murder case will be unavailable on the scheduled
10 hearing date. Undersigned counsel for Mr. Ablett, who will seek to be relieved from the case on
11 August 12, 2009, is not in a position to make strategic legal decisions on a case from which he
12 will likely soon be relieved. For that reason, together with Mr. Mazer's absence from the
13 jurisdiction, it is appropriate to continue this case to August 12, 2009, and such reasons
14 constitute good cause within the meaning of 18 U.S.C. § 3142(f).
15
16 IT IS SO STIPULATED.
17
18 July 30, 2009                    /s/
   DATE                             JOSEPH P. RUSSONIELLO
19                                  United States Attorney
                                    Northern District of California
20                                  CHRISTINE WONG
                                    Assistant United States Attorney
21
22 July 30, 2009                    /s/
   DATE                             LOREN G. STEWART
23                                  Assistant Federal Public Defender
                                    Attorney for Christopher Bryan Ablett
24
25
26

STIP & [PROPOSED] ORDER RE HEARING
DATE, 09-0749 MMC / MAG            2

1 | [PROPOSED] ORDER

2 | For good cause shown pursuant to 18 U.S.C. § 3142(f), the hearing set for detention and
3 | identification of counsel now scheduled for Monday, August 3, 2009 is vacated. The matter shall
4 | be added to the Court's calendar on Wednesday, August 12, 2009 at 9:30 A.M. for detention and
5 | identification of counsel.

7 | IT IS SO ORDERED.

10 | 7/31/09
DATE

HON. EDWARD M. CHEN
United States Magistrate Judge