JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0749 PJH |
| ) | |
| v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER DOCUMENTING WAIVER |
| CHRISTOPHER BRYAN ABLETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    On January 13, 2010, defendant Christopher Bryan Ablett appeared before the Court for a status conference. Based on the parties' request for additional time to conduct investigation, review/produce discovery, the Court set the next status conference for May 19, 2010. The parties requested, and the Court ordered that the exclusion of time under the Speedy Trial Act so that the Government could continue to produce discovery and so that the defendant could review discovery and conduct an independent investigation. The parties agree that, given the possibility of a sentence of death in this case, this case qualifies as an "unusual" or "complex" case under 18

U.S.C. § 3161(h)(7)(B)(i).

With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from January 13, 2010, through May 19, 2010. The parties agree and stipulate, and the Court finds and holds, as follows:

1. On January 13, 2010, defendant Christopher Bryan Ablett appeared before the Court for a status conference. Based on the parties' request for additional time to conduct investigation, review/produce discovery, the Court set the next status conference for May 19, 2010.

2. Accordingly, the Court finds that the ends of justice served by excluding the period from January 13, 2010, to May 19, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: January 15, 2010

/s/
RICHARD MAZER, ESQ.
Attorney for CHRISTOPHER BRYAN ABLETT

DATED: January 15, 2010

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 19, 2010

HON. PHYLLIS J. HAMILTON
United States District Judge