*E-Filed 03/09/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00749 RS |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER BRYAN ABLETT, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings, it is hereby ordered that a Status Conference shall be held in this case on April 21, 2010 at 2:00 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall each file a Status Conference Memorandum on or before April 14, 2010, and the defendant is requested to indicate if he waives personal appearance for the conference.

IT IS SO ORDERED.

Dated: 03/09/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE