*E-Filed 4/27/10*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>   v. </br></br> CHRISTOPHER BRYAN ABLETT, </br></br>   Defendant. | No. 09-0749 RS </br></br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |

      On April 21, 2010, defendant Christopher Bryan Ablett appeared before the Court for a status conference. Based on the parties' request for additional time to conduct investigation, review/produce discovery, and to file motions, the Court set a motions hearing/status conference for June 15, 2010. The parties requested, and the Court ordered that the exclusion of time under the Speedy Trial Act so that the defendant could review discovery, conduct an independent

1 | investigation, and prepare motions to be filed.[1]  The parties agree that, given the possibility of a
2 | sentence of death in this case, this case qualifies as an "unusual" or "complex" case under 18
3 | U.S.C. § 3161(h)(7)(B)(i).
4 | With the agreement of the parties and with the consent of the defendant, the Court
5 | enters this order confirming the exclusion of time under the Speedy Trial Act from April 21,
6 | 2010, through June 15, 2010.  The parties agree and stipulate, and the Court finds and holds, as
7 | follows:
8 | The ends of justice served by excluding the period from April 21, 2010, to June 15, 2010,
9 | from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a
10 | speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. §
11 | 3161(h)(7)(A) and (B).
12 | STIPULATED:

14 | DATED: April 27, 2010          /s/
                                   RICHARD MAZER, ESQ.
15 |                                Attorney for CHRISTOPHER BRYAN ABLETT

17 | DATED: April 27, 2010          /s/
                                   CHRISTINE Y. WONG
18 |                                Assistant United States Attorney

20 | IT IS SO ORDERED.

22 | DATED: April 27, 2010          _____
23 |                                HON. RICHARD SEEBORG
                                   United States District Judge

---

[1] On April 23, 2010, defendant filed a motion to dismiss.  Under 18 U.S.C. Section 3161(h)(1)(D), time is excluded from Speedy Trial Act calculations from the date the motion was filed until the conclusion of the hearing on the motion, currently scheduled for June 15, 2010. Nonetheless, out of an abundance of caution, the parties seek an order excluding the period from April 21, 2010, to June 15, 2010.