*E-Filed 5/20/10*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09-0749 RS |
| | ) | |
| v. | ) | STIPULATION AND PROTECTIVE ORDER |
| | ) | |
| CHRISTOPHER BRYAN ABLETT, | ) | |
| Defendant. | ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

    Defendant Christopher Bryan Ablett is charged in Count One of the Indictment with murder in aid of racketeering, in violation of 18 U.S.C. Section 1959(a)(1), in Count Two with use/possession of a firearm in a murder, namely the murder charged in Count One, in violation of 18 U.S.C. Section 924(j)(1), and in Count Two with use/possession of a firearm in relation to a crime of violence, namely the crime charged in Count One, in violation of 18 U.S.C. Section 924(c)(1)(A).  Upon request, the Government will provide early disclosure of documents that

STIPULATION AND PROTECTIVE ORDER
[09-0749 RS]

constitute prior statements of witnesses, pursuant to 18 U.S.C. Section 3500 (the "Subject Materials").  The Government requests that disclosure of these materials be subject to the following restrictions:

      1.      Production and possession of materials of the Subject Materials be limited only to Richard Mazer, Esq., and Michael Burt, Esq., counsel for Christopher Bryan Ablett, and that possession of these materials is limited only to Mssrs. Mazer and Burt and to those who are part of their respective law offices, including paralegals and investigators;

      2.      Mssrs. Mazer and Burt's possession and use of the Subject Materials is only for the purpose of preparing for and trying the criminal case of Christopher Bryan Ablett, and for no other purpose;

      3.      The Subject Materials shall not be distributed or disseminated to anyone else, with the exception of any appellate or habeas corpus counsel, and shall be used by appellate or habeas corpus counsel only for the purpose of preparing for the appeal or collateral attack of the case; and

      4.      At the end of the trial of Christopher Bryan Ablett, with the sole exception of providing the Subject Materials to any appellate or habeas corpus counsel, Mssrs. Mazer and Burt shall return all Subject Materials, and any and all copies of the Subject Materials, to the Government, which will preserve the materials in case there is need for them in any future litigation.

STIPULATED:

DATED: May 20, 2010            /s/  
                                RICHARD MAZER, ESQ.  
                                Attorney for CHRISTOPHER BRYAN ABLETT

DATED: May18, 2010             /s/  
                                MICHAEL BURT, ESQ.  
                                Attorney for CHRISTOPHER BRYAN ABLETT

//

1  DATED: May 18, 2010                    /s/
2                                         CHRISTINE Y. WONG
                                          Assistant United States Attorney

3  IT IS SO ORDERED.

4

5  DATED: May 20, 2010

6                                         HON. RICHARD SEEBORG
                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROTECTIVE ORDER
[09-0749 RS]                              3