1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   J. DOUGLAS WILSON (DCBN 412811)
    Acting Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-6758/7301

7       Facsimile: (415) 436-6753
        E-Mail: wilson.leung@usdoj.gov

8
    Attorney for the United States of America

9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )      No. 09-CR-0749-RS
14                                      )
                                        )
15          v.                          )
                                        )
16                                      )      STIPULATION AND [~~PROPOSED~~]
    CHRISTOPHER BRYAN ABLETT,           )      ORDER
17                                      )
                                        )
18          Defendant.                  )
                                        )
19   _____ )

20

21          The United States of America, by its attorneys, Melinda Haag, United States Attorney,

22   and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and the defendant,

23   Christopher Bryan Ablett, by his attorneys, Michael Burt, Esq., and Richard Mazer, Esq., jointly

24   submit this Stipulation and Proposed Order confirming the exclusion of time under the Speedy

25   Trial Act from November 2, 2010 through January 18, 2011.  The parties hereby stipulate to the

26   following:

27          1.      On November 2, 2010, the parties appeared before the Court for a status

28   conference as well as to argue the defendant's second motion to dismiss the above-captioned

1 | indictment.  Following oral argument, the Court reserved decision on the motion to dismiss.  In

2 | addition, the Court also set January 18, 2011 as the next status conference in this matter.

3 |       2.        At the request of the parties, the Court excluded time under the Speedy Trial Act

4 | to provide additional time to the defense to review discovery and to consider its death penalty

5 | mitigation presentation to the Government, thereby ensuring the effective representation of

6 | counsel.

7 |       SO STIPULATED.

8 |                                         Respectfully submitted,

9 |                                         MELINDA HAAG
                                        United States Attorney

10 |

11 | Dated: November 8, 2010                     /s/
                                        W.S. WILSON LEUNG

12 |                                         Assistant United States Attorney

13 |

14 | Dated: November 8, 2010                     /s/
                                        MICHAEL BURT, ESQ.

15 |                                         RICHARD MAZER, ESQ.
                                        Attorneys for Christopher Bryan Ablett

16 |

17 |       IT IS HEREBY ORDERED THAT time under the Speedy Trial Act be excluded from

18 | November 2, 2010 through January 18, 2011 for the reasons set forth above in the interests of

19 | justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

20 |

21 | Dated: November __ 10 , 2010                                 

22 |                                         HON. RICHARD SEEBORG
                                        United States District Judge

23 |

24 |

25 |

26 |

27 |

28 |