1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  W.S. WILSON LEUNG (CABN 190939)
   CHRISTINE Y. WONG (NYBN 3988607)
5  Assistant United States Attorneys
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6758/7301
      Facsimile: (415) 436-6753
8     E-Mail: wilson.leung@usdoj.gov

9  Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 09-CR-0749-RS |
|---|---|
| v. | ) |
| CHRISTOPHER BRYAN ABLETT, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| Defendant. | ) |

The United States of America, by its attorneys, Melinda Haag, United States Attorney, Christine Y. Wong and W.S. Wilson Leung, Assistant United States Attorneys, of counsel, and the defendant, Christopher Bryan Ablett, by his attorneys, Michael Burt, Esq., and Richard Mazer, Esq., jointly submit this Stipulation and Proposed Order setting forth the scheduling of motions and confirming the exclusion of time under the Speedy Trial Act from January 25, 2011 to May ~~2~~ 3, 2011. The parties hereby stipulate to the following:

1.      On January 25, 2011, the parties appeared before the Court for a status conference. The Court ordered that the parties agree upon a schedule for the filing of motions

and setting a date for argument on the motions. At the request of the parties, the Court agreed to exclude time under the Speedy Trial Act for the preparation of motions, thereby ensuring the effective representation of counsel, from the date of the status conference until the date of the hearing on the motions to be filed.

    2.    The parties have since agreed upon the following schedule:

- defendant will file motions by March 28, 2011;
- the Government will respond by April 11, 2011;
- defendant will reply by April 18, 2011; and
- the hearing on the motions will be on ~~May 2, 201~~1. May 3, 2011 at 2:30 p.m.

SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: February 2, 2010

   /S/
CHRISTINE Y. WONG
Assistant United States Attorney

Dated: February 2, 2010

   /S/
MICHAEL BURT, ESQ.
RICHARD MAZER, ESQ.
Attorneys for Christopher Bryan Ablett

IT IS HEREBY ORDERED THAT the parties file their motions and responses as set forth in the agreed-upon schedule set forth above, and that time under the Speedy Trial Act be excluded from January 25, 2011 through May ~~2~~ 3, 2011 for the reasons set forth above in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February __3__, 2011

HON. RICHARD SEEBORG
United States District Judge