*E-Filed 7/29/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail: christine.wong@usdoj.gov
8
   Attorneys for the United States of America
9
10
11             UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14
   UNITED STATES OF AMERICA,          )   No. CR 09-0749 RS
15                                    )
                                      )
16      v.                            )
                                      )   STIPULATION AND [PROPOSED]
17                                    )   ORDER
   CHRISTOPHER BRYAN ABLETT,          )
18                                    )
                                      )
19      Defendant.                    )
                                      )
20 _____)
21
22      On June 29, 2011, this Court issued an Amended Scheduling Order setting a motion
23 hearing date of September 2, 2011, at 10:00 a.m.  The Court also ordered that the parties file a
24 stipulated briefing schedule by July 6, 2011.  The parties had agreed upon a briefing schedule on
25 July 6, 2011, but inadvertently failed to file the stipulated schedule with the Court.  The parties
26 propose the following schedule for briefing:
27      •       August 15: opening briefs due;
28
   No. CR 09-0749 RS
   STIPULATION AND [PROPOSED] ORDER

1 • August 22: opposition briefs due; and

2 • August 26: reply briefs due.

3 SO STIPULATED.

4 Respectfully submitted,

5 MELINDA HAAG
United States Attorney

7 Dated: July 27, 2011          /S/
CHRISTINE Y. WONG
8 Assistant United States Attorney

10 Dated: July 27, 2011          /S/
MICHAEL BURT, ESQ.
11 RICHARD MAZER, ESQ.
Attorneys for Christopher Bryan Ablett

13 IT IS HEREBY ORDERED THAT the parties file their motions and responses as set

14 forth in the agreed-upon schedule set forth above.

16 Dated: July _29_, 2011

HON. RICHARD SEEBORG
17 United States District Judge

No. CR 09-0749 RS
STIPULATION AND [~~PROPOSED~~] ORDER

2