*E-Filed 9/9/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail: christine.wong@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )     No. CR 09-0749 RS
15                                   )
                                     )
16          v.                       )
                                     )     STIPULATION AND [~~PROPOSED~~]
17                                   )     ORDER
   CHRISTOPHER BRYAN ABLETT,        )
18                                   )
                                     )
19          Defendant.               )
                                     )
20  _____ )

21

22        On September 6, 2011, the parties filed their motions in limine.  According to the

23  schedule ordered by the Court, responses to those motions are due on September 8, 2011.  On

24  September 7, 2011, the Court held a motions hearing at which the defendant requested, and the

25  Court granted, a continuance of the trial date.  The Court also vacated all other dates, including

26  the date to respond to the motions in limine.  The parties propose the following schedule for

27  responses and argument:

28      •   responses to already-filed motions in limine due September 15, 2011;

1 • replies due September 20, 2011; and

2 • argument on September 27, 2011, at 2:30 p.m.

3      The parties further agree that an exclusion of time from September 7, 2011, to September

4 27, 2011, is necessary for effective preparation of counsel.  Accordingly, the ends of justice

5 served by excluding the period from September 7, 2011, to September 27, 2011, from Speedy

6 Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by

7 ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and

8 (B).

9      SO STIPULATED.

10                               Respectfully submitted,

11                               MELINDA HAAG
                              United States Attorney

12

13 Dated: September 9, 2011                    /S/
                              CHRISTINE Y. WONG

14                               Assistant United States Attorney

15

16 Dated: September 9, 2011                    /S/
                              MICHAEL BURT, ESQ.

17                               RICHARD MAZER, ESQ.

18                               Attorneys for Christopher Bryan Ablett

19      IT IS HEREBY ORDERED THAT the parties file their motions and responses as set

20 forth in the agreed-upon schedule set forth above.  It is further ordered that the ends of justice

21 served by excluding the period from September 7, 2011, to September 27, 2011, from Speedy

22 Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by

23 ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and

24 (B).

25

26 Dated: September __9__, 2011

27                               HON. RICHARD SEEBORG

28                               United States District Judge