1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   KATHRYN HAUN (DCBN 484131)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6740
      Facsimile: (415) 436-6753
8     E-Mail: kathryn.haun@usdoj.gov

9  Attorneys for the United States of America

10

11
                      UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,        )      No. 09-CR-0749-RS
                                     )
16                                   )
                                     )
17         v.                        )
                                     )      STIPULATION AND [PROPOSED]
                                     )      ORDER RE: PRETRIAL AND TRIAL
18  CHRISTOPHER BRYAN ABLETT,        )      DATES
                                     )
19                                   )
           Defendant.                )
20                                   )
                                     )
21  _____)

22

23         On October 25, 2011, the parties appeared for a status and motions hearing. At that date,

24  the parties requested and the Court ordered that the trial previously set for January 17, 2012

25  would be continued until January 23, 2012. The Court subsequently issued orders on the parties'

26  respective motions in limine requiring mutual disclosure of information by November 30, 2011.

27  At the hearing and in its Orders, the Court directed the parties to meet and confer on additional

28  pretrial dates. Having done so, the parties stipulate and propose the following dates:

1   • Daubert hearing for defendant's proposed expert December 12, 2011 at 10:00 a.m.

2   (briefing to be filed by December 8, 2011).

3   • Final pretrial conference January 17, 2012 at 10:00 a.m.

4   • Trial commencing with jury selection January 23, 2012 at 8:30 a.m.

5   The parties will continue to meet and confer on a mutually agreeable date for a hearing

6   date in December 2011 and will submit either a motion or stipulation to the Court proposing such

7   a date by Friday, December 2, 2011.

8

9   SO STIPULATED.

10   Respectfully submitted,

11   MELINDA HAAG
     United States Attorney

12

13   Dated: November 29, 2011          /s/
                                        KATHRYN R. HAUN
14                                      Assistant United States Attorney

15

16   Dated: November 29, 2011          /s/
                                        MICHAEL BURT, ESQ.
17                                      RICHARD MAZER, ESQ.
                                        Attorneys for Christopher Bryan Ablett

18

19   IT IS HEREBY ORDERED that the dates set forth in the parties' stipulation above shall

20   be the applicable dates in this matter.

21

22   Dated: November 29, 2011

23   HON. RICHARD SEEBORG
     United States District Judge

24

25

26

27

28

2