UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-179 RS |
| Plaintiff, | |
| v. | **STIPULATION RE: JURORS TO BE STRUCK FOR CAUSE** |
| CHRISTOPHER BRYAN ABLETT, | |
| Defendant. | |

The parties hereby stipulate and agree that the Court should excuse the following jurors for cause: Juror 19; Juror 27; Juror 51; Juror 70; and Juror 88; and Juror Nos. 8 and 42.

SO STIPULATED.

DATED: January 23, 2012

Respectfully submitted,

WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

CHRISTOPHER ABLETT

RICHARD MAZER
MICHAEL BURT
Attorneys for Defendant Christopher Ablett

STIPULATION RE JURORS, CR 09-179 RS

1