UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CHRISTOPHER BRYAN ABLETT,<br>    Defendant. | No. CR 09-749 RS<br><br>**STIPULATION OF FACT RE: DRUG EVIDENCE AND DEA RECORDS** |

The parties hereby stipulate and agree that the following information may be accepted as true by the jury:

Government exhibit 103 has been tested by a forensic chemist and is in fact cocaine in the amount listed on the DEA Laboratory Report 184775 (Government exhibit 104).

Government exhibit 105 has been tested by a forensic chemist and is in fact methamphetamine in the amount listed on the DEA Laboratory Report 187526 (Government exhibit 106).

Government exhibit 107 has been tested by a forensic chemist and is in fact methamphetamine in the amount listed on the DEA Laboratory Report 195067 (Government exhibit 110).

Government exhibit 111 has been tested by a forensic chemist and is in fact methamphetamine in the amount list on the DEA Laboratory Report 195751 (Government exhibit 112).

The DEA laboratory reports that relate to each of the drug exhibits in this case are true

STIPULATION OF FACT, CR 09-749 RS

and correct reports of the actual drug evidence specified above.

If called to testify, both Alan Randa and Fracia Martinez, both Forensic Chemists employed by the DEA, would testify about: (1) the integrity of the evidence when it was received; (2) the tests they performed on the above-mentioned drug exhibits, specifically a preliminary test was performed on the entirety of each drug exhibit followed by a further analytic test that was performed on a sample of each drug exhibit; (3) their analysis of these drugs and the results they got from their analyses. They would further testify that their DEA laboratory reports and notes (Government exhibits 104, 106, 110, and 112) are true and correct copies of the reports they prepared concerning their analyses of the drug exhibits referenced above.

SO STIPULATED.

DATED: February 3, 2012

Respectfully submitted,

_____
WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

_____
CHRISTOPHER ABLETT

_____
RICHARD MAZER
MICHAEL BURT
Attorneys for Defendant Christopher Ablett

STIPULATION OF FACT, CR 09-749 RS