```
 1  MICHAEL N. BURT, SBN 83377
    600 Townsend Street, Suite 329E
 2  San Francisco, California 94103
    Telephone: (415)522-1508
 3  FAX: (415)522-1506

 4  RICHARD B. MAZER, SBN 49632
    99 Divisadero Street
 5  San Francisco, California 94117
    Telephone: (415)621-4100
 6  FAX: (415)621-4111

 7  Attorneys for Defendant
    CHRISTOPHER BRYAN ABLETT
 8
 9
10
11
12              IN THE UNITED STATES DISTRICT COURT
13            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15  UNITED STATES OF AMERICA,    )   Case No. CR 09 0749 RS
                                 )
16          Plaintiff,           )   STIPULATION OF FACT RE:
                                 )   DEFENSE FUNDING
17  vs.                          )
                                 )
18  CHRISTOPHER BRYAN ABLETT     )
                                 )
19          Defendant.           )
                                 )
20                               )
                                 )
21  _____)
22
23      The parties hereby stipulate and agree that the following information may be
24  accepted as true by the jury:
25      The defense lawyers in this case, Mr. Burt and Mr. Mazur, are appointed by the
26  Court to represent Mr. Ablett. Their fees are being paid by the Court. The Mongols
27  Motorcycle Club never ~~actually~~ approached Mr. Burt and Mr. Mazur about funding or
28
```

Stipulation Re Defense Funding                1

1 | made any payments to defend Mr. Ablett in this case, and Mr. Ablett's defense counsel
2 | have not received any funding from the Mongols.
3 | SO STIPULATED

*Current counsel appointed in August of 2009*

7 | Dated: January 31, 2012                Respectfully submitted,

10 |         Signed:        /s/ Michael Burt
                           MICHAEL N. BURT
                           RICHARD MAZUR
                           Attorneys for Defendant Christopher Ablett

                           /s/ Christopher Ablett
                           CHRISTOPHER ABLETT

                           /s/
                           WILLIAM FRENTZEN
                           KATHRYN R. HAUN
                           Assistant United States Attorneys

Stipulation Re Defense Funding                    2