UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CHRISTOPHER BRYAN ABLETT,<br>    Defendant. | No. CR 09-749 RS<br><br>**STIPULATION OF FACT** |

    The United States and defendant Christopher Ablett hereby enter into the following stipulation which the jury may consider as true:

    Government's Exhibits 19, 20, 21, 22, and 23 were items of clothing collected by SFPD CSI Inspector Pamela Cunningham at the scene of the homicide of Mark Guardado after they were removed from Mr. Guardado by Emergency Medical personnel. Those items were turned over at the scene by Inspector Cunningham to Graham Cowley, San Francisco County Medical Examiner Investigator and transported to the San Francisco Office of the Chief Medical Examiner for examination by Assistant Medical Examiner Dr. Jon Smith. Following the examination by Dr. Smith, the items were retrieved by Inspector Karen Lynch and booked into Evidence at SFPD. They were removed from Evidence and taken into custody by Special Agent Jacob Millspaugh of the FBI at FBI

1  Evidence at 450 Golden Gate Avenue, San Francisco, CA. The belt, jacket and t-shirt
2  were transported by Special Agent Millspaugh for examination by Craig Ogino at the
3  Chula Vista Police Department Crime Laboratory and then returned to FBI Evidence
4  storage at 450 Golden Gate Avenue.
5      Government Exhibit 19 is Mr. Guardado's black jacket;
6      Government Exhibit 20 is Mr. Guardado's t-shirt;
7      Government Exhibit 21 is Mr. Guardado's black jeans;
8      Government Exhibit 22 is Mr. Guardado's shoes, socks, and underwear;
9      Government Exhibit 23 is Mr. Guardado's belt.
10 SO STIPULATED.

12 DATED: February 8, 2012        Respectfully submitted,

WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

CHRISTOPHER ABLETT

RICHARD MAZER
MICHAEL BURT
Attorneys for Defendant Christopher Ablett

STIPULATION OF FACT, CR 09-749 RS

2