UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER BRYAN ABLETT,<br><br>  Defendant. | No. CR 09-749 RS<br><br>**STIPULATION OF FACT RE: PHOTOGRAPH OF VICTIM** |

The parties hereby stipulate and agree that the following information may be accepted as true by the jury:

Government exhibit 132 is a true and accurate photograph of Mark Guardado with his daughter, Rebecca Guardado, taken during July 2008.

If called to testify, Rebecca Guardado would testify: (1) that the male individual pictured in Government exhibit 132 was her father; (2) that Government exhibit 132 is a photograph that was taken approximately 2 months prior to the September 2, 2008 incident; and (3) that she knew Mr. Guardado to be right-handed, and not left-handed.

SO STIPULATED.

DATED: February 8, 2012

Respectfully submitted,

WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

STIPULATION OF FACT, CR 09-749 RS

1
2
                    CHRISTOPHER ABLETT
3
4
                    RICHARD MAZER
5
                    MICHAEL BURT
                    Attorneys for Defendant Christopher Ablett
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF FACT, CR 09-749 RS

2