1  MICHAEL N. BURT, SBN 83377
   600 Townsend Street, Suite 329E
2  San Francisco, California 94103
   Telephone: (415)522-1508
3  FAX: (415)522-1506

4  RICHARD B. MAZER, SBN 49632
   99 Divisadero Street
5  San Francisco, California 94117
   Telephone: (415)621-4100
6  FAX: (415)621-4111

7  Attorneys for Defendant
   CHRISTOPHER BRYAN ABLETT
8

9

10

11

12           IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 UNITED STATES OF AMERICA,        )    **Case No. CR 09 0749 RS**
16      Plaintiff,                  )
                                    )    **STIPULATION OF FACT**
17 vs.                              )
                                    )
18 CHRISTOPHER BRYAN ABLETT         )
                                    )
19      Defendant.                  )
                                    )
20                                  )
                                    )
21 _____  )

22

23      The United States and defendant Christopher Ablett hereby enter into the
24 following stipulation with regard to the placing of a GPS device on a vehicle in Modesto
25 California, which the jury may consider as true. The parties stipulate that during the
26 investigation (after the homicide), there was active surveillance conducted on Ely
27 Cervantes' residence in Modesto. This survelliaence was conducted prior to Christopher
28

Stipulation of Fact                           1

1  Ablett being positively identified as the suspect in Mark Guardado's homicide. During one
2  of the surveillances, Sergeant Young of the Modesto Police Department recognized
3  Christopher Ablett's vehicle parked in front of Ely Cervantes' reidence. Young and the
4  other members of the Modesto Police Department placed a GPS tracker underneath
5  Christtopher Ablett's vehicle. This was done so that if Christopher Ablett was identified as
6  a suspect, the Modesto Police Department would be able to track his vehicle and determine
7  his whereabouts. During the same surrveillance, Young positively identified Christopher
8  Ablett as the driver and followed Christopher Ablett away from Ely Cervantes' residence.
9  During the surveillance Young followed Ablett to Sante Nella California where they lost
10 sight of his vehicle. After losing sight of the vehicle, Young attempted to relocate
11 Christopher Ablett by activating the GPS tracker. However, the GPS tracker was not
12 operational.
13 SO STIPULATED

16 Dated: February 16, 2012                Respectfully submitted,

19                          Signed:    _____
20                                     MICHAEL N. BURT
                                       RICHARD MAZER
21                                     Attorneys for Defendant Christopher Ablett

22                                     _____
                                       CHRISTOPHER ABLETT
23

24                                     _____
25                                     WILLIAM FRENTZEN
                                       KATHRYN R. HAUN
26                                     Assistant United States Attorneys

Stipulation of Fact                                3