IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0749 RS |
| v. | **VERDICT FORM** |
| CHRISTOPHER BRYAN ABLETT, | |
| Defendant. | |

COUNT I:

1. Has the Government proven beyond a reasonable doubt that on or about September 2, 2008, defendant CHRISTOPHER BRYAN ABLETT unlawfully and with malice aforethought murdered Mark Guardado for the purpose of gaining entrance, maintaining his position, or increasing his position within an enterprise engaged in racketeering activity in violation of 18 U.S.C. § 1959(a)(1), as charged in Count I? (check one)

    YES, GUILTY    ✓

    NO, NOT GUILTY    _____

Go to Question 2.

COUNT II

2. Has the Government proven beyond a reasonable doubt that on or about September 2, 2008, defendant CHRISTOPHER BRYAN ABLETT assaulted Mark Guardado with a deadly weapon for the purpose of gaining entrance, maintaining his position, or increasing his position within an enterprise engaged in racketeering activity in violation of 18 U.S.C. § 1959(a)(3), as charged in Count II? (check one)

    YES, GUILTY    ✓

    NO, NOT GUILTY    _____

If your answer to Question 1 or 2 is "Yes, Guilty," go to Question 3. If your answer to both

Question 1 and 2 is "No, Not Guilty," skip Questions 3, 4 and 5, and sign and date the verdict form.

COUNT III

3.      Has the Government proven beyond a reasonable doubt that on or about September 2, 2008, defendant CHRISTOPHER BRYAN ABLETT knowingly used a firearm in furtherance of, or knowingly used or carried a firearm during and in relation to, the crimes charged in either Count I or II, in violation of 18 U.S.C. § 924(c), as charged in Count III? (check one)

    YES, GUILTY            ✓_____

    NO, NOT GUILTY         _____

Go to Question 4.

COUNT IV

4.      Has the Government proven beyond a reasonable doubt that on or about September 2, 2008, defendant CHRISTOPHER BRYAN ABLETT knowingly used a firearm during and in relation to the murder in aid of racketeering of Mark Guardado, as charged in Count I, or during and in relation to the assault with deadly weapon in aid of racketeering of Mark Guardado, as charged in Count II, and that the firearm was used to cause the death of Mark Guardado, in violation of 18 U.S.C. § 924(j)(1), as charged in Count IV? (check one)

    YES, GUILTY            ✓_____

    NO, NOT GUILTY         _____

If your answer to Question 4 is "Yes, Guilty," go to Question 5. If your answer to Question 4 is "No, Not Guilty," skip Question 5, and sign and date the verdict form.

5.      In causing the death of Mark Guardado, as charged in Count IV, did defendant CHRISTOPHER BRYAN ABLETT commit (check one):

    MURDER                         ✓_____

    VOLUNTARY MANSLAUGHTER _____

Sign and date the verdict form.

Dated: 2-22-12

NUMBER OF FOREPERSON: 34

No. CR 09-0749 RS
VERDICT FORM

2