1  MICHAEL N. BURT, SBN 83377
   600 Townsend Street, Suite 329E
2  San Francisco, California 94103
   Telephone: (415)522-1508
3  FAX: (415)522-1506

4  RICHARD B. MAZER, SBN 49632
   99 Divisadero Street
5  San Francisco, California 94117
   Telephone: (415)621-4100
6  FAX: (415)621-4111

7  Attorneys for Defendant
   CHRISTOPHER BRYAN ABLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-CR-0749-RS |
|---|---|---|
| v. | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| CHRISTOPHER BRYAN ABLETT, | ) | |
| Defendant. | ) | |

On February 2, 2012, the jury convicted defendant on all counts. A post-trial motions date was set for May 8, 2012, and sentencing was set for May 15, 2012. The parties indicated at the time of conviction that they would meet and confer regrading a briefing schedule for any post-trial motions. Having done so, the parties stipulate and propose the following dates:

- April 16, 2012: Any post-trial motion due on or before this date;
- April 27, 2012: Any opposition to motions due on or before this date;
- May 2, 2012: Any reply to opposition due on or before this date.

SO STIPULATED.

                        Respectfully submitted,

                        MELINDA HAAG
                        United States Attorney

Dated: March 1, 2012            /s/
                        WILLIAM FRENTZEN
                        KATHRYN R. HAUN
                        Assistant United States Attorneys


Dated: March 1. 2012            /s/
                        MICHAEL BURT, ESQ.
                        RICHARD MAZER, ESQ.
                        Attorneys for Christopher Bryan Ablett

IT IS HEREBY ORDERED that the dates set forth in the parties' stipulation are the applicable dates in this matter.

Dated: March _2_, 2012
                        HON. RICHARD SEEBORG
                        United States District Judge