```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  WILLIAM FRENTZEN (LABN 24421)
    KATHRYN HAUN (DCBN 484131)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 7     Telephone: (415) 436-6740
       Facsimile: (415) 436-6753
 8     E-Mail: kathryn.haun@usdoj.gov

 9  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 09-CR-0749-RS |
|---|---|
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER RE: LOCATION AND MAINTENANCE OF EXHIBITS |
| CHRISTOPHER BRYAN ABLETT, | |
| Defendant. | |

Numerous exhibits were admitted at trial, the majority of which the parties believe should remain in the Court's custody and control until the conclusion of the case and until any mandate issues in this matter. However, with respect to the certain pieces of physical evidence enumerated below the parties hereby stipulate and move the Court for an Order releasing those items admitted into evidence to the custody of the FBI pending the remainder of any proceedings in this matter. The items sought are physical evidence items, for example the drugs, ammunition, knives, bloody clothing from the victim, and items taken from the search warrant of the

|   |   |
|---|---|
| 1 | defendant's house and motorcycle.  Specifically, government exhibit numbers 5, 6, 13, 19, 20, |
| 2 | 23, 24, 31, 32, 33, 34, 35, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 57, |
| 3 | 59, 60, 61, 63, 65, 66, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 103, 105, 107, |
| 4 | 111 and 134 are sought. |

The government believes these items belong in a secure vault to preserve the integrity of the evidence and therefore seeks an order releasing those exhibits to the custody of FBI Special Agent Jacob Millspaugh, who will maintain those exhibits in a secure fashion within the FBI's evidence storage vault in 450 Golden Gate Avenue, San Francisco, CA 94102.

SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: March 2, 2012           /s/
                               KATHRYN R. HAUN
                               Assistant United States Attorney

Dated: March 2, 2012           /s/
                               MICHAEL BURT, ESQ.
                               RICHARD MAZER, ESQ.
                               Attorneys for Christopher Bryan Ablett

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the exhibits listed above will be returned to the custody of FBI Special Agent Jacob Millspaugh and maintained in a secure location in the FBI's evidence vault the conclusion of proceedings in this matter.

Dated: March _2_, 2012

HON. RICHARD SEEBORG
United States District Judge