KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94661-0082
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Christopher Ablett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) STIPULATION RE ENTRY OF AMENDED |
| Plaintiff, | ) JUDGMENT |
| | ) |
| vs. | ) CR 09-749-RS |
| | ) |
| CHRISTOPHER BRYAN ABLETT, | ) |
| | ) |
| Defendant. | ) |

   This case has been remanded from the United States Court of Appeals for the Ninth Circuit.  The Court affirmed defendant Ablett's conviction, but instructed this Court to vacate one of Ablett's sentences under either 18 U.S.C. § 924(c) or 18 U.S.C. § 924(j)(1), on the basis that sentencing defendant on both of these offenses violates the Double Jeopardy Clause.

   The parties stipulate that this Court should vacate the sentence on the conviction for violating 18 U.S.C. § 924(c), Count 3 of the Indictment, which imposed a 10-year term to run consecutive to the sentences imposed on the remaining counts, and

-1-

enter an amended judgment re-imposing the concurrent sentences on counts 1, 2, and 4.

The parties further stipulate that defendant Ablett need not be present for the entry of the Amended Judgment.  Defendant Ablett has executed and filed herewith a waiver of personal appearance.

IT IS SO STIPULATED.

Dated:   November 25 2014          /s/Karen L. Landau___  
                                   By:  Karen L. Landau  
                                   Attorney for Defendant  
                                   Christopher Ablett

Dated:   November 26, 2014         /s/ William Frentzen [by KLL]  
                                   By:  William Frentzen  
                                   Attorney for Plaintiff  
                                   United States of America

IT IS SO ORDERED.

Dated:   November 26, 2014         _____  
                                   HON. RICHARD SEEBORG  
                                   United States District Judge

-2-